UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| WILLIAM LYONS, | Case No. 3:18-cv-00523-MMD-WGC |
|---|---|
| Petitioner, | |
| v. | ORDER |
| ISIDRO BACA, *et al.,* | |
| Respondents. | |

Petitioner's motion for an extension of time (ECF No. 7) is granted, and the time for Petitioner to dispatch a response to the show-cause order (ECF No. 4) is extended up to and including July 15, 2019. The extended time allotted should be sufficient for Petitioner to timely respond to an order to show cause why the petition should not be dismissed as a successive petition.

DATED THIS 28th day of May 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE